**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00554-CV

### IN THE INTEREST OF J.A.C. AND Z.C.C., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-54259-2014**

## ORDER

We **REINSTATE** the appeal.

We **DENY** appellee's June 23, 2015 motion to reconsider this Court's ruling on appellants' opposed motion to abate appeal in order to secure findings of fact and conclusions of law.

We **DENY** appellee's June 24, 2015 opposed motion for an extension of time to file the findings of fact and conclusions of law.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Chris Oldner, Judge of the 416th Judicial District Court, Andrea Stroh Thompson, Collin County District Clerk, counsel for the parties, and by first-class mail to pro se appellee Nathan Cramer.

We **ABATE** the appeal. The appeal will be reinstated in **TWENTY DAYS** from the date of this order or when the Court receives the supplemental clerk's record containing the trial court's findings of fact and conclusions of law, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
           JUSTICE